**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

TIMUR ASKARBEKOV                         CASE NO. 1:26-CV-00044 SEC P

VERSUS                                   JUDGE ROBERT R. SUMMERHAYS

E. GARCIA, ET AL                         MAGISTRATE JUDGE WHITEHURST

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant habeas corpus action is **DENIED AND DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED** in chambers this 21st day of May, 2026.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE